FRANKLIN C. HUMBERT, Appellant and Respondent, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 29771.)

Argued February 28, 1952; decided March 14, 1952.

*Daniel F. Mathews* for appellant and respondent.

*Nathaniel L. Goldstein, Attorney-General (Ronald E. Coleman* and *Wendell P. Brown* of counsel), for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.